# Court of Appeals
# of the State of Georgia

ATLANTA,    April 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1415.  ROBERT LEMONS v. THE STATE.**

Robert Lemons pled guilty to four counts of receiving stolen property, for which he was sentenced to five years, with two to serve in confinement and three on probation.  The trial court revoked his probation after he violated the conditions thereof.  Lemons then filed this direct appeal.  We, however, lack jurisdiction.

An application for discretionary review is required to appeal a probation revocation order.  See OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 430-431 & n. 3 (1) (623 SE2d 247) (2005).  Lemons's failure to comply with the discretionary review procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,    04/15/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*